O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL BROWN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　　　Defendants. | Case No. CV 11-03057-JFW  (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that: (1) accepting this Report and
2 Recommendation; (2) granting Defendants' Motion to Dismiss Claims One and
3 Two without leave to amend and with prejudice for failure to state a claim for
4 relief; (3) granting Defendants' Motion to Dismiss Claims Three, Four, and Five
5 with prejudice as untimely; (4) denying Defendants' Motion to Strike the
6 Complaint as moot; and (5) directing that the Judgment be entered dismissing the
7 Complaint with prejudice.

9 DATED: March 20, 2013

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2